

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00836-CV

Al **SUAREZ**, as Mayor of the City of Converse; Jeff Beehler, as Place 5 Member, City Counsel of the City of Converse; Kathy Richel as place 1 Member, City Counsel of the City of Converse; Shawn Russell, as Place 3 Member, City Counsel of the City of Converse; Marc Gilbert, as Place 6 Member, City Counsel of the City of Converse; Le Ann Piatt, as City Manager of the City of Converse; Holly Nagy, as Secretary of the City of Converse and City of Converse, Appellants

v.

Katherine **SILVAS**, Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI22419
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On February 18, 2020, appellee filed a third, opposed motion for a one-day extension of time to file appellee's brief. The motion is GRANTED. It is ORDERED that appellee's motion is due no later than February 19, 2020.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court